In the Matter of OSWEGO COUNTY SUPPORT COLLECTION UNIT, on Behalf of JENNIFER LITTLE, Respondent, v BRIAN M. RICHARDS, Appellant. (Appeal No. 2.) [759 NYS2d 724] —Appeal from an order of Family Court, Oswego County (Roman, J.), entered June 17, 2002, which sentenced respondent to a term of 90 days at the Oswego County Jail, to be served on weekends.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Oswego County Support Collection Unit v Richards* (305 AD2d 1101 [2003]). Present—Green, J.P., Hurlbutt, Scudder, Burns and Hayes, JJ.

 In the Matter of ALEXUS M., an Infant. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ROBERT M., Appellant. [759 NYS2d 724] —Appeal from an order of Family Court, Jefferson County (Schwerzmann, J.), entered May 23, 2002, which, inter alia, adjudged that respondent's child is an abused child.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Jefferson County, Schwerzmann, J. Present—Green, J.P., Hurlbutt, Scudder, Burns and Hayes, JJ.

 In the Matter of DONNA A. NESSIA, Respondent, v TIMOTHY J. NESSIA, Appellant. [759 NYS2d 724] —Appeal from an order of Family Court, Oneida County (Sardelli, J.), entered December 22, 2000, which, inter alia, changed primary physical residence of the parties' children to petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Oneida County, Sardelli, J. Present—Green, J.P., Hurlbutt, Scudder, Burns and Hayes, JJ.